IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**LUPE FLOREZ ALVAREZ, et al.,**

    **Plaintiffs,**

vs.                                                  **No. CIV-10-0032 RB/LAM**

**HIDALGO COUNTY BOARD OF COMMISSIONERS, et al.,**

    **Defendants.**

## ORDER GRANTING MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**THIS MATTER** is before the Court on Plaintiffs' *Motion for Writ of Habeas Corpus Ad Testificandum* (*Doc. 28*), filed June 17, 2010. The Court finds that the motion is well-taken and should be **GRANTED**.

It is therefore **ORDERED** that Plaintiffs' *Motion for Writ of Habeas Corpus Ad Testificandum* (*Doc. 28*) is **GRANTED**, and the Clerk of this Court is hereby authorized to issue a *Writ of Habeas Corpus Ad Testificandum* directing the New Mexico Department of Corrections, Warden Anthony Romero, Central New Mexico Corrections Facility at Los Lunas, New Mexico to surrender the prisoner, **JEFFREY R. HART**, to the United States Marshal or his Deputy for transport to the United States Courthouse at 100 North Church Street, Las Cruces, New Mexico, in order that he may participate in a settlement conference in this case on **July 7, 2010, at 9:00 a.m.**, and the said United States Marshal is hereby directed to return the said **JEFFREY R. HART** to the custody of the New Mexico Department of Corrections, Central New Mexico Corrections Facility

at Los Lunas, New Mexico, the facility from whence he was transported, upon the conclusion of said settlement conference or upon the Court's direction.

**IT IS SO ORDERED.**

_____
**HONORABLE LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**